## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERRY SHALLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| FLEET CREDIT CARD SERVICES, LP | :   CIVIL ACTION NO.: 02 CV 4709 |
| and FLEET CREDIT CARD, LLC | :   J. Green |
| | : |
| Defendants. | : |

## **O R D E R**

**AND NOW**, this         day of          , 2002, upon consideration of defendants, Fleet Credit Card Services, LP and Fleet Credit Card, LLC's, Motion to Compel, it is hereby **ORDERED** that defendants' Motion is **GRANTED** and plaintiff must provide full and complete answers, without objection, to defendants' outstanding Request for Production of Documents and serve defendants with Initial Disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1) within seven (7) days of this Order.

**BY THE COURT:**

_____
J.