IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERRY SHALLEY, | : | |
| | : | |
| Plaintiff | : | |
| v. | : | No. 02-CV-4709 |
| | : | |
| FLEET CREDIT CARD SERVICES, LP, | : | |
| and FLEET CREDIT CARD, LLC, | : | |
| Defendants. | : | |

## ORDER

Presently pending is Defendants' Motion to Compel Plaintiff's Responses to Outstanding Discovery. Defendant filed the instant motion in this court on November 18, 2002. To date, Plaintiff has not filed a response to Defendants' motion. According to Local Rule of Civil Procedure 7.1(c), a response must be filed within 14 days from the date of filing of the original motion; otherwise the motion will be treated as uncontested. Therefore, pursuant to Local Rule of Civil Procedure 7.1(c), I will grant the uncontested motion.

**AND NOW**, this        day of December 2002 upon consideration of Defendants' Motion to Compel Plaintiff's Responses to Outstanding Discovery, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**. Plaintiff shall provide full and complete responses to Defendants' discovery requests, and shall also serve Defendants with Plaintiff's Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), within ten (10) days of the date of this Order.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.