## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PERRY SHALLEY,                          :
                                        :
            Plaintiff,                   :
                                        :
      v.                                :
                                        :
FLEET CREDIT CARD SERVICES, LP          :      CIVIL ACTION NO.:  02 CV 4709
and FLEET CREDIT CARD, LLC              :      J. Green
                                        :
            Defendants.                  :

---

## DEFENDANTS' EXHIBITS IN SUPPORT OF
## THEIR MOTION FOR SUMMARY JUDGMENT

1.      Plaintiff's Complaint.

2.      Defendants' Answer.

3.      Plaintiff's Deposition.

4.      Affidavit of Jeff Healy.

5.      March 2000 Fleet Performance Appraisal.

6.      Fleet Organizational Charts.

7.      June 30, 2000 Fleet Formal Counsel.

8.      July 21, 2000 Fleet Formal Reprimand.

9.      July 27, 2000 Memo to File.

10.     July 27, 2000 Interoffice Memorandum.

11.     July 31, 2000 Interoffice Memorandum.


Respectfully submitted,

**McKISSOCK & HOFFMAN, P.C.**


_____
Maureen P. Fitzgerald, Esquire
Melissa B. Gorsline, Esquire
1700 Market Street, Suite 3000
Philadelphia, PA  19103
(215) 246-2100
Attorneys for Defendants
Fleet Credit Card Services, LP and
Fleet Credit Card, LLC

DATED:  January 29, 2003