IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERRY SHALLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FLEET CREDIT CARD SERVICES, LP | : | CIVIL ACTION NO.: 02 CV 4709 |
| and FLEET CREDIT CARD, LLC | : | J. Green |
| | : | |
| Defendants. | : | |

### ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This cause came before the Court on Defendants' Motion for Summary Judgment. The Court, having considered the papers submitted by the parties and having heard oral argument on the matter by the parties, hereby grants Defendants' Motion for Summary Judgment. Plaintiff's Complaint is dismissed in its entirety with prejudice.

Done and Ordered this _____ day of _____ 2003:

_____
U.S.D.J.

PRV_Order-SJM/GFLANAGAN