IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERRY SHALLEY, | : |
| | : |
| Plaintiff | :CIVIL ACTION NO. 02 CV 5709 |
| vs. | : J. Green |
| | : |
| FLEET CREDIT CARD SERVICES, LP | : |
| and FLEET CREDIT CARD, LLC | : |

### **ORDER**

AND NOW, to wit, this _____ day of _____, 2003, it is hereby ORDERED and DECREED that the Plaintiff's request for an extension of time to February 17, 2003 to file an Answer to the Defendant's Motion for Summary Judgment is GRANTED.

BY THE COURT:

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERRY SHALLEY, | : |
| | : |
| Plaintiff | :CIVIL ACTION NO. 02 CV 5709 |
| vs. | : J. Green |
| | : |
| FLEET CREDIT CARD SERVICES, LP | : |
| and FLEET CREDIT CARD, LLC | : |

## MOTION TO EXTEND TIME TO FILE AN ANSWER TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. On January 29, 2003, the Defendant file a Motion for Summary Judgment.

2. The Plaintiff's Answer to the Motion was due on Monday, February 10, 2003.

3. On Saturday, February 8, 2003, the Plaintiff's attorney came to his office with a view to answering the Motion and his secretary agreed to type the Answer over the weekend, but at that time the Plaintiff discovered he did not have a copy of the deposition of his client and therefore could not properly prepare an Answer.

4. On Monday, February 10, 2003, the Plaintiff requested a copy of the deposition from the Court reporter which should be received shortly.

5. The Plaintiff requests an extension of time of seven (7) days to February 17, 2003, to file an Answer to the said Motion for Summary Judgment.

LAWRENCE SOLOMON
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PERRY SHALLEY, | : |
| | : |
| Plaintiff | :CIVIL ACTION NO. 02 CV 5709 |
| vs. | : J. Green |
| | : |
| FLEET CREDIT CARD SERVICES, LP | : |
| and FLEET CREDIT CARD, LLC | : |

## CERTIFICATION OF SERVICE

I, LAWRENCE SOLOMON, ESQUIRE, hereby certify that on February 10, 2003, a true and correct copy of Plaintiff's Motion to Extend Time to file an Answer to Defendant's Motion for Summary Judgment was served upon the following by regular mail upon the following:

Melissa B. Gorsline, Esquire
McKissock and Hoffman
1700 Market Street, Suite 3000
Philadelphia, PA   19103-3930

I understand that the statements made herein are made subject to the penalties of 18 PA. C. S. §4909 relating to unsworn falsification to authorities.

_____
**LAWRENCE SOLOMON**
Attorney for Plaintiff