**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PERRY SHALLEY, | : |
| | : |
| Plaintiff | :CIVIL ACTION NO. 02 CV 5709 |
| vs. | : J. Green |
| | : |
| FLEET CREDIT CARD SERVICES, LP | : |
| and FLEET CREDIT CARD, LLC | : |

**CERTIFICATION OF SERVICE**

I, LAWRENCE SOLOMON, ESQUIRE, hereby certify that on April 17, 2003, a true and correct copy of Plaintiff's Answer to Defendants' Reply Motion for Summary Judgment, was served upon the following by regular mail upon the following:

Melissa B. Gorsline, Esquire
McKissock and Hoffman
1700 Market Street, Suite 3000
Philadelphia, PA  19103-3930

I understand that the statements made herein are made subject to the penalties of 18 PA. C. S. §4909 relating to unsworn falsification to authorities.

_____
**LAWRENCE SOLOMON**
Attorney for Plaintiff