## CERTIFICATION OF SERVICE

I hereby certify that the within Defendants' Reply to Plaintiff's Answer to Defendants' Reply Brief in Support of Their Motion for Summary Judgment was timely served by hand delivery to Lawrence Solomon, Esq., Solomon, Sherman & Gabay, 1207 Chestnut Street, 5th Floor, Philadelphia, Pennsylvania 19107, on the date set forth below.

                                                                        _____
                                                                        Maureen P. Fitzgerald
                                                                        Melissa B. Gorsline
                                                                        McKissock & Hoffman, P.C.
                                                                        1700 Market Street, Suite 3000
                                                                        Philadelphia, PA 19103-3930

Dated: May 1, 2003