IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERRY SHALLEY, : | |
| : | |
| Plaintiff : | |
| v. : | No. 02-CV-4709 |
| : | |
| FLEET CREDIT CARD SERVICES, LP, : | |
| and FLEET CREDIT CARD, LLC, : | |
| Defendants. : | |

### ORDER

Upon the request of both parties, **AND NOW**, this     day of August 2003 **IT IS HEREBY ORDERED** that this matter is referred to United States Magistrate Judge Diane M. Welsh for a settlement conference, such conference to be scheduled by the Magistrate Judge Welsh.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.