IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERRY SHALLEY, | : |
| Plaintiff | : |
| v. | : No. 02-CV-4709 |
| FLEET CREDIT CARD SERVICES, LP, | : |
| and FLEET CREDIT CARD, LLC, | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this day of September 2003 **IT IS HEREBY ORDERED** that the Defendant's Motion for Extension of Time to File Motions for Summary Judgment (Docket No. 11), and Motion for Extension of Time to File Answer (Docket No. 13) are **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Defendant's Motion for Sanctions (Docket No. 15) is **DENIED**.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.