IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
PERRY SHALLEY                    :       CIVIL ACTION
                                 :
        v.                       :
                                 :
FLEET CREDIT CARD SERVICES, LP   :       NO. 02-4709
```

<u>O R D E R</u>

AND NOW, this     day of September, 2003, it is hereby **ORDERED** that a settlement conference is scheduled before the undersigned on Tuesday, October 14, 2003 at 10:00 a.m. in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

IT IS **FURTHER ORDERED** that trial counsel, clients and any other person necessary to negotiate and agree to a settlement shall appear in person at said conference.

ATTEST:              or           BY THE COURT:


_____       _____
BY: Juanita M. Davis              DIANE M. WELSH
    Deputy Clerk                  UNITED STATES MAGISTRATE JUDGE

Copy faxed on 9/15/03  to:
Lawrence Solomon, Esq.
Maureen P. Fitzgerald, Esq.