```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
PERRY SHALLEY                    :        CIVIL ACTION
                                 :
        v.                       :
                                 :
FLEET CREDIT CARD SERVICES, LP   :        NO.  02-4709
```

O R D E R

AND NOW, this      day of October, 2003, it is hereby ORDERED that the settlement conference scheduled in this matter for Tuesday, October 14, 2003 has been rescheduled to Wednesday, October 29, 2003 at 2:00 p.m.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE

Copies faxed on 10/8/03  to:
Lawrence Solomon, Esq.
Maureen P. Fitzgerald, Esq.