IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
PERRY SHALLEY
                                    :        CIVIL ACTION
                                    :
         vs.                        :
                                    :        NO. 02-4709
FLEET CREDIT CARD SERVICES,
ET AL.
```

O R D E R

      **AND NOW, TO WIT:** This 4th day of November, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      **MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
      Michael Owens
      Deputy Clerk

Civ 2 (7/83)
41.1(b)